1  Todd M. Friedman (SBN 216752)
   Adrian R. Bacon (SBN 280332)
2  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
3  324 S. Beverly Dr., #725
   Beverly Hills, CA 90212
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7  Attorneys for Plaintiff

8  MARK J. BOURASSA, ESQ.
   California Bar No. 230610
9  HILLARY R. ROSS, ESQ.
10 California Bar No. 222817
11 RENEE H. GORDON, ESQ.
   California Bar No. 219493
12 **THE BOURASSA LAW GROUP**
13 8668 Spring Mountain Road, Suite 101
   Las Vegas, Nevada 89117
14 Telephone:(702) 851-2180
15 Facsimile: (702) 851-2189
   E-Mail:   *mbourassa@bourassalawgroup.com*
16           *hross@bourassalawgroup.com*
17           *rgordon@bourassalawgroup.com*
   *Attorneys for Defendant Hi Tech Capital LLC*
18 *(erroneously sued as "High Tech Funding, LLC*
19 *DBA Discount Merchant Funding")*

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE**

-1-

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH TECH FUNDING, LLC DBA DISCOUNT MERCHANT FUNDING,<br><br>Defendant | Case No.: 2:15-cv-08528-MWF-FFM<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICE<br><br>Courtroom: 1600<br>Judge: Hon. Michael W. Fitzgerald |

## ORDER

Based upon the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative Class; and

2. Each party shall bear his/its own fees and costs.

**IT IS SO ORDERED.**

Dated: __June 27,_____, 2016

_____
Hon. Michael W. Fitzgerald
United States District Court Judge